UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-21192- MARTINEZ/GOODMAN

JORGE A. AGRELO and OLGA M. FERNANDEZ,
Individuals;

    Plaintiff(s),
vs.

THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A.;
AFFINITY MANAGEMENT SERVICES, LLC., a limited liability
corporation; and MARBELLA PARK HOMEOWNER'S ASSOCIATION,
a Non-Profit corporation; EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendant(s)
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendant, AFFINITY MANAGEMENT SERVICES, LLC., a limited liability corporation by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 states that there are no publicly traded corporations that own ten (10%) or more of stock of Affinity Management Services, LLC.

Respectfully Submitted June 3, 2014,

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        100 NE Third Avenue, Suite 1100
        Ft. Lauderdale, FL   33301
        Tel:  (954) 847-4920
        Fax: (954) 627-6640

    By:___/s Craig Hudson_____
        Craig S. Hudson
        Fla. Bar No.  27940

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of June, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s Craig Hudson
Craig S. Hudson

22/1217927.v1

**SERVICE LIST**

VIA CM/ECF

| RACHEL K. BEIGE, ESQ. | DAVID P. REINER, II, ESQ. | DALE T. GOLDEN, ESQ. |
| RYAN A. FOGG, ESQ. | Reiner & Reiner, P.A. | BENJAMIN W. RASLAVICH, ESQ. |
| Cole, Scott & Kissane, P.A. | 9100 So. Dadeland Blvd., Suite 901 | Golden Scaz Gagain, PLLC |
| 1645 Palm Beach Lakes Blvd, 2nd Floor | Miami, FL 33156 | 201 North Armenia Avenue |
| West Palm Beach, FL 33401 | | Tampa, Florida 33609-2 |