UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals;

    Plaintiffs,

vs.

Case No.: 1:14-cv-21192

THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A.; AFFINITY
MANAGEMENT SERVICES, LLC, a
limited liability corporation; MARBELLA
PARK HOMEOWNER'S ASSOCIATION,
INC., a Non-Profit Corporation;
EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF
## INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendants THE MELONI LAW FIRM and EDOARDO MELONI, ESQ. ("Defendants"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, and hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

   | | |
   |---|---|
   | Plaintiffs - | JORGE A. AGRELO and OLGA M. FERNANDEZ |
   | Counsel for Plaintiff - | David P. Reiner, II, Esquire<br>Reiner & Reiner, P.A. |
   | Defendants - | THE MELONI LAW FIRM and EDOARDO MELONI, ESQ. |

|  |  |
|---|---|
| Counsel for Defendants - | Dale T. Golden, Esquire |
|  | Benjamin W. Raslavich, Esquire |
|  | Golden Scaz Gagain, PLLC |
| Co-Defendant - | AFFINITY MANAGEMENT SERVICES, LLC |
| Counsel for Co-Defendant, Affinity - | Craig S. Hudson, Esquire |
|  | Marshall, Dennehey, Warner, Coleman & Goggin, P.C. |
| Co-Defendant - | MARBELLA PARK HOMEOWNER'S ASSOCIATION, INC. |
| Counsel for Co-Defendant, Marbella - | Ryan A. Fogg, Esquire |
|  | Cole, Scott & Kissane, P.A. |
| Co-Defendant - | ALEXIS MCDONALD |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None.*

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

   *None.*

4. The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

   JORGE A. AGRELO and OLGA M. FERNANDEZ

5. Check one of the following:

   __X__  a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

   _____  b) I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

    n/a_____
_____
_____

Respectfully submitted by:

/s/ Dale T. Golden
/s/ Benjamin W. Raslavich
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
Benjamin W. Raslavich, Esquire
FBN:  0102808
201 North Armenia Avenue
Tampa, FL 33609
Phone:  813-251-5500
Email: dgolden@gsgfirm.com
Email: braslavich@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Benjamin W. Raslavich
Benjamin W. Raslavich, Esquire
FBN:  0102808