UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case Number: 14-21192-CIV-MARTINEZ-GOODMAN

JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals,

                Plaintiffs,

vs.

**THE MELONI LAW FIRM**, a corporation;
**AFFINITY MANAGEMENT SERVICES, LLC**, a limited liability corporation;
**MARBELLA PARK HOMEOWNER'S ASSOCIATION, INC**., a Non-Profit Corporation; **EDOARDO MELONI, ESQ.**, an individual; and **ALEXIS MCDONALD**, an individual

                Defendants.
_____/

## PLANTIFFS'WINTESS LIST

Plaintiffs, Jorge A. Agrelo and Olga M. Fernandez, by and through their undersigned counsel, and pursuant to the Court's Scheduling Order dated June 11, 2014 hereby file and serve their Witness List as follows:

    **JORGE A. AGRELO**
    c/o Reiner & Reiner, P.A.
    9100 South Dadeland Blvd; Suite 901
    Miami Florida 33156

    **OLGA M. FERNANDEZ**
    c/o Reiner & Reiner, P.A.
    9100 South Dadeland Blvd; Suite 901
    Miami Florida 33156 \

DATED:  **September 10, 2014**

      **REINER & REINER, P.A.**
      *Counsel for Plaintiffs*
      9100 So. Dadeland Blvd., Suite 901
      Miami, Florida 33156-7815
      Tel: (305) 670-8282; Fax: (305) 670-8989
      dpr@reinerslaw.com; eservice@reinerslaw.com

        **/S/ DAVID P. REINER, II**
By:_____
    **DAVID P. REINER, II**; Fla. Bar No. 416400

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on September 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

**REINER & REINER, P.A.**
*Counsel for Plaintiffs*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

   /S/ DAVID P. REINER, II
By:_____
   **DAVID P. REINER, II**; Fla. Bar No. 416400

SERVICE LIST
CASE NO.: 14-CV-21192 - JEM/GOODMAN

*Via CM/ECF*

CRAIG S. HUDSON, ESQ.
Marshall, Dennehey,
Warner, Coleman & Goggin, PC
100 NE Third Avenue, Suite 1100
Ft. Lauderdale, FL 33301

RACHEL K. BEIGE, ESQ.
RYAN A. FOGG, ESQ.
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401

DAVID P. REINER, II, ESQ.
Reiner & Reiner, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, FL 33156

DALE T. GOLDEN, ESQ.
BENJAMIN W. RASLAVICH, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2