UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 14-CV-21192- MARTINEZ/GOODMAN**

JORGE A. AGRELO and OLGA M. FERNANDEZ,
Individuals;

  Plaintiff(s),
vs.

THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A.;
AFFINITY MANAGEMENT SERVICES, LLC., a limited liability
corporation; and MARBELLA PARK HOMEOWNER'S ASSOCIATION,
a Non-Profit corporation; EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

  Defendants.
_____/

## **DEFENDANT, AFFINITY MANAGEMENT SERVICES' WITNESS LIST**

COMES NOW, Defendant AFFINITY MANAGEMENT SERVICES, LLC. ("Defendant"), by and through its undersigned counsel, pursuant to the Court's Scheduling Order dated June 11, 2014 hereby file and serve their Witness List as follows:

Defendant identifies the following individual(s), other than the Plaintiffs who may have relevant information:

1. Corporate Representative of Defendant, The Meloni Law Firm;
2. Defendant, Edoardo Meloni;
3. Corporate Representative of Defendant, Affinity Management Services, LLC;
4. Pedro Garcia, President of Affinity Management Services, LLC;
5. Corporate Representative of Defendant, Marbella Park Homeowner's Association, Inc.;
6. Caridad Guevera, Affinity Management Services employee who is the property manager of Marbella Park Homeowner's Association, Inc.

Provision of these names is not intended to be a waiver of defendants challenge to this Court having subject matter jurisdiction over defendant. Defendant, Affinity Management Services, LLC. has filed the appropriate Motion, which is pending before the Court.

Respectfully submitted September 11, 2014,

By:     /s Craig Hudson
Craig S. Hudson
Fla. Bar No. 27940
Marshall, Dennehey,
Warner, Coleman & Goggin
100 NE Third Avenue, Suite 1100
Ft. Lauderdale, FL   33301
cshudson@mdwcg.com
Tel: (954) 847-4920
Fax: (954) 627-6640
*Attorneys for Affinity Management Services, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     /s Craig Hudson
Craig S. Hudson

22/1308666.v1