UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

14-cv-21192-Martinez/Goodman

JORGE A. AGRELO and M. FERNANDEZ,
Individuals;

      Plaintiffs

v.

THE MELONI LAW FIRM, a/k/a EDOARDO
MELONI, P.A., AFFINITY MANAGEMENT
SERVICES, LLC, a limited liability corporation;
MARBELLA PARK HOMEOWNER'S
ASSOCIATION, INC.

      Defendants.
_____/

## DEFENDANT, MARBELLA PARK HOMEOWNER'S WITNESS LIST

      COMES NOW, Defendant MARBELLA PARK HOMEOWNER'S. ("Defendant"), by and through its undersigned counsel, pursuant to the Court's Scheduling Order dated June 11, 2014 hereby file and serve their Witness List as follows:

      Defendant identifies the following individual(s), other than the Plaintiffs who may have relevant information:

1.      Corporate Representative of Marabella Park Homeowner's Association, Inc.
        c/o Cole, Scott & Kissane, P.A.
        1645 Palm Beach Lakes Blvd, 2nd Floor
        West Palm Beach, Florida 33401

2.      Corporate Representative of Affinity Management Services, LLC
        c/o Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
        100 NE Third Avenue, Suite 1100
        Fort Lauderdale, Florida 33301

3.      Edoardo Meloni
        c/o Golden Scaz Gagain, PLLC
        201 North Armenia Avenue
        Tampa, Florida 33609

4.      Property Manager of Marbella Park
        c/o Marshall, Dennehey, Warner, Coleman & Goggin, P.C.

100 NE Third Avenue, Suite 1100
Fort Lauderdale, Florida 33301

Provision of these names is not intended to be a waiver of defendants challenge to this Court having subject matter jurisdiction over defendant. Defendant, MARBELLA HOMEOWNER'S ASSOCIATION, has filed the appropriate Motion, which is pending before the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of September 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

COLE, SCOTT & KISSANE, P.A.
*Attorneys for the Defendant, Marbella Park Homeowner's Association, Inc.*
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401
Telephone: (561) 383-9200

By: /s/ Ryan A. Fogg
RACHEL K. BEIGE
FBN: 0016366
RYAN A. FOGG
FBN: 68773