UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 14-CV-21192 - JEM/GOODMAN

**JORGE A. AGRELO and OLGA M. FERNANDEZ**, individuals;

    Plaintiffs,

vs.

**THE MELONI LAW FIRM**, et al;

    Defendants.

_____/

## UNOPPOSED MOTION FOR BRIEF (TWO WEEK) EXTENSION OF DISCOVERY DEADLINE TO OCTOBER 29, 2014

Plaintiffs, **JORGE A. AGRELO** and **OLGA M. FERNANDEZ** ("Plaintiffs"), by and through undersigned counsel, hereby move UNOPPOSED for brief (two week) extension of time to complete all discovery through October 29, 2014, and in support thereof state:

The Parties have been working through discovery and scheduling issues and are having difficulty accommodating the scheduling of at least one Defendant deposition (and maybe more) prior to the October 15, 2014 discovery cut-off date set forth in the Court's Scheduling Order (ECF-34). Plaintiffs believe that a two week extension of that deadline will aid the parties in completing discovery without disturbing the other deadlines set forth in the Order. The Defendants have stated that they do not oppose this motion and it is not anticipated that this extension will affect the trial date or any other deadline set forth in the Scheduling Order.

WHEREFORE, Plaintiffs respectfully request the Court enter an order extending the

*A<small>GRELO V</small> M<small>ELONI, ET AL</small>; USDC, S<small>O</small>. D<small>IST</small>. O<small>F</small> F<small>LA</small>. N<small>O</small>. 14-21192-CIV-M<small>ARTINEZ</small>/G<small>OODMAN</small>*

discovery cut-off date by two weeks - up to and including **October 29, 2014.**

>Respectfully submitted,
>
>**REINER & REINER, P.A.**
>*Counsel for Plaintiffs*
>9100 So. Dadeland Blvd., Suite 901
>Miami, Florida 33156-7815
>Tel: (305) 670-8282; Fax: (305) 670-8989
>dpr@reinerslaw.com; eservice@reinerslaw.com
>
>              /S/ DAVID P. REINER, II
>By:_____
>    **DAVID P. REINER, II**; Fla. Bar No. 416400

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 1, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>**REINER & REINER, P.A.**
>*Counsel for Plaintiffs*
>9100 So. Dadeland Blvd., Suite 901
>Miami, Florida 33156-7815
>Tel: (305) 670-8282; Fax: (305) 670-8989
>dpr@reinerslaw.com; eservice@reinerslaw.com
>
>              /S/ DAVID P. REINER, II
>By:_____
>    **DAVID P. REINER, II**; Fla. Bar No. 416400

*AGRELO V MELONI, ET AL; USDC, SO. DIST. OF FLA. NO. 14-21192-CIV-MARTINEZ/GOODMAN*

SERVICE LIST
CASE NO.: 14-CV-21192 - JEM/GOODMAN

*Via CM/ECF*

CRAIG S. HUDSON, ESQ.
Marshall, Dennehey,
Warner, Coleman & Goggin
100 NE Third Avenue, Suite 1100
Ft. Lauderdale, FL 33301
cshudson@mdwcg.com

RACHEL K. BEIGE, ESQ.
RYAN A. FOGG, ESQ.
Cole, Scott & Kissane, P.A.
Attorneys for the Defendant, Marbella Park Homeowner's Association, Inc.
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401

DAVID P. REINER, II, ESQ.
Reiner & Reiner, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, FL 33156

DALE T. GOLDEN, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2

*W:\700\77500-Agrelo\77500- Mtn-Extension.wpd*