*EXHIBIT "8"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals;

    Plaintiffs,

vs().

Case No.: 1:14-cv-21192

THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A.; AFFINITY
MANAGEMENT SERVICES, LLC, a
limited liability corporation; MARBELLA
PARK HOMEOWNER'S ASSOCIATION,
INC., a Non-Profit Corporation;
EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
_____/

## DEFENDANTS' WITNESS LIST

COMES NOW, Defendants THE MELONI LAW FIRM and EDOARDO MELONI ("Defendants"), by and through their undersigned counsel, pursuant to Local Rule 16.1(e)(10), and hereby list the following witnesses for trial:

1. Edoardo Meloni
   c/o Golden Scaz Gagain, PLLC
   201 North Armenia Avenue
   Tampa, Florida 33609
   *Expected to be called*

2. Corporate Representative of Affinity Management Services, LLC
   c/o Marshall, Dennehey, Warner, Coleman & Goggin, P.C.
   100 NE Third Avenue, Suite 1100
   Fort Lauderdale, Florida 33301
   *May call if the need arises*

3. Corporate Representative of Marabella Park Homeowner's Association, Inc.
   c/o Cole, Scott & Kissane, P.A.
   1645 Palm Beach Lakes Blvd, 2nd Floor
   West Palm Beach, Florida 33401
   *May call if the need arises*

                              Respectfully submitted by:

                               /s/ Dale T. Golden
                              DALE T. GOLDEN, ESQ.
                              Florida Bar No.: 94080
                              **GOLDEN SCAZ GAGAIN, PLLC**
                              201 North Armenia Avenue
                              Tampa, Florida 33609-2303
                              Phone: (813) 251-5500
                              Fax: (813) 251-3675
                              dgolden@gsgfirm.com
                              Counsel for THE MELONI LAW FIRM and EDOARDO MELONI