**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals;

    Plaintiffs,

vs.

Case No.: 1:14-cv-21192

THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A.; AFFINITY
MANAGEMENT SERVICES, LLC, a
limited liability corporation; MARBELLA
PARK HOMEOWNER'S ASSOCIATION,
INC., a Non-Profit Corporation;
EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
_____/

## DEFENDANTS' NOTIFICATION OF NINETY DAYS EXPIRING

COMES NOW, Defendants THE MELONI LAW FIRM and EDOARDO MELONI, ESQ. ("Defendants"), by and through their undersigned counsel, pursuant to Local Rule 7.1(b)(4), and hereby file this Notification of Ninety Days Expiring with respect to Defendants' Motion for Partial Summary Judgment (DE 74) and states as follows:

1. On December 1, 2014, Defendants filed their Motion for Partial Summary Judgment. *See,* DE 74.

2. On December 18, 2014, Plaintiffs filed their Response in Opposition to Defendants' Motion for Partial Summary Judgment. *See,* DE 80.

3. On December 29, 2014, Defendants filed their Reply to Plaintiffs' Response in Opposition to Defendants' Motion for Partial Summary Judgment. *See,* DE 89.

4. No hearing has been set by the Court with respect to Defendants' Motion for Partial Summary Judgment.

Respectfully submitted by:

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Benjamin W. Raslavich
BENJAMIN W. RASLAVICH, ESQ.
Florida Bar No.: 0102808