UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 14-21192-CIV-MARTINEZ-GOODMAN

JORGE A. AGRELO and
OLGA M. FERNANDEZ,
    Plaintiffs,

vs.

THE MELONI LAW FIRM, a/k/a EDOARDO
MELONI, P.A., et al.,
    Defendants.
_____/

## ORDER GRANTING WITHDRAWAL OF COUNSEL

THIS CAUSE came before the Court upon Benjamin W. Raslavich's motion to withdraw as counsel for Defendants The Meloni Law Firm and Edoardo Meloni (the "Motion to Withdraw") [ECF No. 163]. It is, hereby:

**ORDERED AND ADJUDGED** that

1.    The Motion to Withdraw [ECF No. 163] is **GRANTED**.

2.    Counsel, Benjamin W. Raslavich, **SHALL BE PERMITTED** to withdraw from further representation of Defendants The Meloni Law Firm and Edoardo Meloni. These Defendants are represented by other counsel in this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of July, 2016.

                                        JOSE E. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record