UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**CASE NO. 14-CV-21192- MARTINEZ/GOODMAN**

JORGE A. AGRELO and OLGA M. FERNANDEZ,
Individuals;

    Plaintiff(s),
vs.

THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A.;
AFFINITY MANAGEMENT SERVICES, LLC., a limited liability
corporation; and MARBELLA PARK HOMEOWNER'S ASSOCIATION,
a Non-Profit corporation; EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
    _____/

**NOTICE OF FILING
PROPOSED ORDER ON ECF-174**

NOTICE IS HEREBY GIVEN THAT Defendant, AFFINITY MANAGEMENT SERVICES, LLC., in accordance with ECF-34, is filing the attached Proposed Order on Defendants' Opposition to Plaintiff's Motion to Strike Affinity's Answer and Affirmative Defenses.

Respectfully submitted, January 5, 2017.

        **MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN**
        100 NE Third Avenue, Suite 1100
        Fort Lauderdale, FL   3330
        Tel:  (954) 847-4920; Fax: (954) 627-6640

        By:      /s/ Craig Hudson
            Craig S. Hudson , Esq.
            Fla. Bar No.  27940
            cshudson@mdwcg.com
            jlharris@mdwcg.com

1

Jeannie A. Hanrahan, Esq.
Fla. Bar No. 0769711
jahanrahan@mdwcg.com

*Attorneys for Affinity Management Services, LLC.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on  January 5, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/DE or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  By:     /s/  Craig Hudson
                                                        Craig S. Hudson, Esq.

**SERVICE LIST**
CASE NO. 14-CV-21192- JEM/GOODMAN
VIA CM/ECF

RACHEL K. BEIGE, ESQ.
RYAN A. FOGG, ESQ.
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401
Ryan.Fogg@csklegal.com


DAVID P. REINER, II, ESQ.
Reiner & Reiner, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, FL 33156
dpr@reinerslaw.com
eservice@reinerslaw.com

DALE T. GOLDEN, ESQ.
BENJAMIN W. RASLAVICH, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2
dgolden@gsgfirm.com
braslavich@gsgfirm.com


LEGAL/108515152.v1