UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 14-CV-21192- MARTINEZ/GOODMAN

JORGE A. AGRELO and OLGA M. FERNANDEZ,
Individuals;

    Plaintiff(s),                            **PROPOSED**

vs.

THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A.;
AFFINITY MANAGEMENT SERVICES, LLC., a limited liability
corporation; and MARBELLA PARK HOMEOWNER'S ASSOCIATION,
a Non-Profit corporation; EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO STRIKE AFFINITY'S ANSWER AND AFFIRMATIVE DEFENSES NUMBERED TWO, THREE, FOUR , FIVE, SEVEN AND THIRTEEN (DE 167)

THIS MATTER is before the Court on Plaintiffs' Motion to Strike Affinity's Answer and Affirmative Defenses, Plaintiffs' motion is Granted in part and Denied in part.

IT IS ORDERED AND ADJUDGED as follows:

1.    Plaintiffs' Motion to Strike portions of Defendant's Answer is denied with the exception of Affinity's response to paragraph 26. Affinity shall provide an amendment to paragraph 26 within ten (10) days of the date of this order.

2.    Plaintiffs' Motion to Strike Affinity's first, second, third, fourth and fifth affirmative defenses is denied but these affirmative defenses shall be deemed denied.

3.    Affinity has agreed to withdraw its sixth, eighth, ninth, tenth, eleventh, twelfth and fourteenth affirmative defenses.

1

4. Plaintiffs' Motion to Strike Affinity's seventh affirmative defense is denied.

5. Plaintiffs' Motion to Strike Affinity's thirteenth affirmative defense is granted without prejudice with leave to amend within ten (10) days from the date of this order.

DONE AND ORDERED in Chambers in Miami, Florida this \_\_\_\_ day of January, 2017.

-----------------------------------------------
HONORABLE JOSE E. MARTINEZ
United States District Judge

*Copies furnished to: counsel of record*