**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**JORGE A. AGRELO and OLGA M.**
**FERNANDEZ, individuals;**

      **Plaintiffs,**

                                         **Case No.: 1:14-cv-21192**

**vs.**

**THE MELONI LAW FIRM, a/k/a**
**EDOARDO MELONI, P.A.; AFFINITY**
**MANAGEMENT SERVICES, LLC, a**
**limited liability corporation; MARBELLA**
**PARK HOMEOWNER'S ASSOCIATION,**
**INC., a Non-Profit Corporation;**
**EDOARDO MELONI, ESQ., an individual;**
**and ALEXIS MCDONALD, an individual,**

      **Defendants.**

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION**
**FOR LEAVE TO SUPPLEMENT PLAINTIFFS' RESPONSES (ECF-79) AND (ECF-80)**

COMES NOW, Defendant, THE MELONI LAW FIRM, a/k/a EDOARDO MELONI,

P.A. ("MELONI"), by and through its undersigned counsel, pursuant to Federal Rule of Civil

Procedure 6, and hereby files this Unopposed Motion for Extension of Time to Respond to

"Plaintiff's Motion for Leave to Supplement Plaintiffs' Responses (ECF-79) and (ECF-80) in

Light of the Appellate Decision or, in the alternative, for an Order Denying the Motions with

Leave to Refile if and when Appropriate in Light of the Appellate Decision" (DE 169)

(hereinafter "Plaintiffs' Motion to Supplement"), and states the following in support thereof:

1. This action involves claims against MELONI and others for alleged violations of the

   Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the

Florida Consumer Collection Practices Act, Fla. Stat. § 559, *et seq.* ("FCCPA"). *See,* DE 30, generally.

2. On December 22, 2016, Plaintiffs filed their Motion to Supplement.

3. MELONI's response was due on January 5, 2017.

4. Through the instant Motion, MELONI seeks a ten (10) day extension of time to respond up to and including January 16, 2017.

5. Good cause exists for the requested extension of time. Specifically, MELONI is in need of additional time to respond due to the recent holidays.

6. **Pursuant to Local Rule 7.1(a)(3)**, the undersigned hereby certifies that he has conferred in good faith with counsel for Plaintiffs, **JORGE A. AGRELO** and **OLGA M. FERNANDEZ**, regarding the relief requested herein and has been informed that neither party opposes such relief.

1. **Pursuant to Local Rule 7.1(a)(2)**, a proposed order granting the instant Motion is attached hereto as "Exhibit A".

WHEREFORE Defendant respectfully request an order from this honorable Court GRANTING Defendant's Unopposed Motion for Extension of Time to Respond to "Plaintiff's Motion for Leave to Supplement Plaintiffs' Responses (ECF-79) and (ECF-80) in Light of the Appellate Decision or, in the alternative, for an Order Denying the Motions with Leave to Refile if and when Appropriate in Light of the Appellate Decision" (DE 169) and permitting MELONI to file its response on or before January 16, 2017.

Respectfully submitted by:

 /s/ Joseph C. Proulx
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
Jproulx@gsgfirm.com
dgolden@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2017, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being

served this day on all counsel either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive electronically Notices of Electronic Filing.

 /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080