UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JORGE A. AGRELO and OLGA M.**
**FERNANDEZ, individuals;**

    Plaintiffs,

vs.    Case No.: 1:14-cv-21192

**THE MELONI LAW FIRM, a/k/a**
**EDOARDO MELONI, P.A.; AFFINITY**
**MANAGEMENT SERVICES, LLC, a**
**limited liability corporation; MARBELLA**
**PARK HOMEOWNER'S ASSOCIATION,**
**INC., a Non-Profit Corporation;**
**EDOARDO MELONI, ESQ., an individual;**
**and ALEXIS MCDONALD, an individual,**

    Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR**
**A SETTLEMENT CONFERENCE TO BE HELD BEFORE A MAGISTRATE JUDGE**

    COMES NOW, Defendant, THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A. ("MELONI"), by and through its undersigned counsel, and hereby files this Unopposed Motion for Extension for a Settlement Conference to be held before a Magistrate Judge, and states the following in support thereof:

1. This action involves claims against MELONI and others for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559, *et seq.* ("FCCPA"). *See,* DE 30, generally.

2. Plaintiffs' commenced this action by filing their Complaint on April 3, 2014. *See,* DE 1. MELONI filed its Answer on April 25, 2014. *See,* DE 13. On June 4, 2014, Plaintiffs filed their Amended Complaint. *See,* DE 30.

3. On June 6, 2014, the parties completed, and Plaintiffs submitted, the Rule 16.1 Scheduling Report. *See,* DE 30. In the Scheduling Report, the parties proposed July 15, 2014 as the amendment to pleadings deadline. *Ibid.* at ¶ III(i).

4. On January 29, 2015, the Court granted the Motion(s) for Summary Judgment of Defendants, MARBELLA PARK HOMEOWNER'S ASSOCIATION, INC. and AFFINITY MANAGEMENT SERVICES, LLC. *See,* DE 118 and 119.

5. On September 14, 2015, Plaintiffs timely appealed the Court's dispositive orders. On November 9, 2016, the Eleventh Circuit reversed the Court's January 29, 2015 Order & Final Judgment as to Affinity and vacated it as to Marbella, remanding the case for further proceedings. *See*, DE 166.

6. At this time, in hope of being able to amicably resolve the instant case, the Defendant hereby moves this Court for an Order referring this case for a Settlement Conference before a magistrate judge.

7. **Pursuant to Local Rule 7.1(a)(3)**, the undersigned hereby certifies that he has conferred in good faith with counsel for Plaintiffs, and other Defendants, regarding the relief requested herein and have been informed that neither party opposes such relief.

8. **Pursuant to Local Rule 7.1(a)(2)**, a proposed order granting the instant Motion is attached hereto as "Exhibit A".

WHEREFORE Defendant respectfully request an order from this honorable Court GRANTING Defendant's Unopposed Motion for Extension for a Settlement Conference to be held before a Magistrate Judge.

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080