UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 14-21192-CIV-MARTINEZ-GOODMAN

JORGE A. AGRELO and
OLGA M. FERNANDEZ,
    Plaintiffs,

vs.

THE MELONI LAW FIRM, a/k/a EDOARDO
MELONI, P.A., *et al.*,
    Defendants.
_____/

## ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

THIS CAUSE came before the Court upon Defendant The Meloni Law Firm, a/k/a Edoardo Meloni, P.A.'s unopposed motion for settlement conference ("Motion for Settlement Conference") [ECF No. 190]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Motion for Settlement Conference [ECF No. 190] is **GRANTED**.

2. This matter is hereby referred to United States Magistrate Judge **Jonathan Goodman** for the purpose of conducting a settlement conference.

3. The parties shall complete the settlement conference as soon as possible, subject to Magistrate Judge Goodman's availability.

4. The parties shall submit a status report to this Court within five (5) days of the conclusion of the settlement conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of February, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record