## Jane Ford

---

**From:** DPR <dpr@reinerslaw.com>
**Sent:** Wednesday, January 11, 2017 11:54 AM
**To:** Joseph F. Valdivia; Rachel K. Beige; Jane Ford
**Subject:** Agrelo et al v. The Meloni Law Firm et al  Case 1:14-cv-21192-JEM
**Attachments:** 77500-Motion Default Marbella.pdf

Joe/Rachel- I'm going to take another stab at this default issue filing a motion for the Court to enter default since the clerk would not. Attached is my draft motion. I would rather that Marbella simply withdraw their motion to dismiss and file their answer and affirmative defenses because I really just want to move the case forward. This email constitutes compliance with the conference rule. Can you please let me know what your position is?

Thank you.

Very truly yours,

DPR

_____

 David P. Reiner, II, Esq.
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center  |  9100 South Dadeland Blvd. | Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989



CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges.  If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail.  Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. Finally, for purposes of legal notice, legal requests or legal demands, this office is open from 8:00 AM to 5:00 PM Monday – Friday. Any notices, requests or demands outside of normal business hours shall be logged as receive the next business day.