# Jane Ford

| | |
|---|---|
| **From:** | DPR <dpr@reinerslaw.com> |
| **Sent:** | Wednesday, January 11, 2017 3:39 PM |
| **To:** | Joseph F. Valdivia |
| **Cc:** | Rachel K. Beige; Jane Ford |
| **Subject:** | RE: Agrelo et al v. The Meloni Law Firm et al  Case 1:14-cv-21192-JEM |

Joey- I don't think I can agree to drop the motion to amend.  We feel we have a good statutory punitive damages claim and we want to either have the court allow it or preserve the abuse of discretion issue for potential appeal.  I understand that your think filing an answer now might be duplicative if our motion to amend (or for reconsideration) is granted however the allegations in the proposed new amended complaint are essentially the same – it's only the relief that is different.

What I can agree to is that we will file our motion for default and will agree to withdraw it should Marbella file its answer and affirmative defenses prior to the court ruling on it. Let me know.

Thank you.

Very truly yours,

DPR
_____




**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd. | Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

From: Joseph F. Valdivia [mailto:Joseph.Valdivia@csklegal.com]
Sent: Wednesday, January 11, 2017 1:54 PM
To: DPR <dpr@reinerslaw.com>
Cc: Rachel K. Beige <Rachel.Beige@csklegal.com>; Jane Ford <Jane.Ford@csklegal.com>
Subject: RE: Agrelo et al v. The Meloni Law Firm et al Case 1:14-cv-21192-JEM

Hi David,

Happy New Year.  In an effort to get this case moving, we are willing to file an answer/affirmative defenses if you are willing to withdraw your pending motion to amend the complaint [ECF No. 170].  Otherwise, it doesn't advance this case and seems unnecessary for us to file an answer/affirmative defenses when you have a pending motion to amend the complaint.

Let me know if this is agreeable and/or if you would like to schedule a call to discuss further.

Regards,
Joey



### Joseph F. Valdivia, Esq.

Joseph.Valdivia@csklegal.com
Tel: 561-681-5541
Fax: 561-683-8977
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com



---

From: DPR [mailto:dpr@reinerslaw.com]
Sent: Wednesday, January 11, 2017 11:54 AM
To: Joseph F. Valdivia <Joseph.Valdivia@csklegal.com>; Rachel K. Beige <Rachel.Beige@csklegal.com>; Jane Ford <Jane.Ford@csklegal.com>
Subject: Agrelo et al v. The Meloni Law Firm et al Case 1:14-cv-21192-JEM

Joe/Rachel- I'm going to take another stab at this default issue filing a motion for the Court to enter default since the clerk would not. Attached is my draft motion. I would rather that Marbella simply withdraw their motion to dismiss and file their answer and affirmative defenses because I really just want to move the case forward. This email constitutes compliance with the conference rule. Can you please let me know what your position is?

Thank you.

Very truly yours,

DPR
_____

David P. Reiner, II, Esq.
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd. | Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989





CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges. If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail. Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. Finally, for purposes of legal notice, legal requests or legal demands, this office is open from 8:00 AM to 5:00 PM Monday – Friday. Any notices, requests or demands outside of normal business hours shall be logged as receive the next business day.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**