UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**CASE NO. 14-CV-21192- MARTINEZ/GOODMAN**

JORGE A. AGRELO and OLGA M. FERNANDEZ,
Individuals;

    Plaintiffs,
vs.

THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A.;
AFFINITY MANAGEMENT SERVICES, LLC., a limited liability
corporation; and MARBELLA PARK HOMEOWNER'S ASSOCIATION,
a Non-Profit corporation; EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,

    Defendants.
    _____/

## NOTICE OF AVAILABILITY FOR SETTLEMENT CONFERENCE

**COMES NOW**, Defendant, Affinity Management Services, LLC. ("Affinity") by and through the undersigned counsel, hereby files this Notice pursuant to Court Order [DE 197] granting [DE 196] Defendant, Affinity Management Services, LLC's Motion to Continue and to Reschedule the Settlement Conference.

The parties have come to an agreement and are available for a settlement conference on the following dates:

1. March 14, 2017

2. March 21, 2017

3. March 27, 2017

4. March 28, 2017

5. April 4, 2017

1

Counsel for the Defendants have insurance carriers whose representatives reside out of state and seek clarification from the Court as to whether attendance of their carrier representatives are to be in person and/or permitted to appear at the Settlement Conference by phone.

Respectfully submitted this 1st day of March, 2017,

        Marshall, Dennehey, Warner, Coleman & Goggin
        100 NE Third Avenue, Suite 1100
        Fort Lauderdale, FL   33301
        Tel:  (954) 847-4920; Fax: (954) 627-6640

By:   /s/ Craig Hudson
       Craig S. Hudson , Esq.
       Fla. Bar No.  27940
       cshudson@mdwcg.com
       jlharris@mdwcg.com

*Attorneys for Affinity Management Services, LLC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the **1st day of March, 2017**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I e-mailed or mailed the foregoing document and the notice of electronic filing to all counsel of record or pro se parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/  Craig Hudson
     Craig S. Hudson, Esq.

## SERVICE LIST
CASE NO. 14-CV-21192- JEM/GOODMAN
VIA CM/ECF

RACHEL K. BEIGE, ESQ.
RYAN A. FOGG, ESQ.
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd, 2nd Floor
West Palm Beach, FL 33401
Ryan.Fogg@csklegal.com
Rachel.Beige@csklegal.com


DAVID P. REINER, II, ESQ.
Reiner & Reiner, P.A.
9100 So. Dadeland Blvd., Suite 901
Miami, FL 33156
dpr@reinerslaw.com
eservice@reinerslaw.com

DALE T. GOLDEN, ESQ.
BENJAMIN W. RASLAVICH, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2
dgolden@gsgfirm.com
braslavich@gsgfirm.com


LEGAL/109431750.v1