From: **DPR** <dpr@reinerslaw.com>
Date: Wed, May 10, 2017 at 1:23 PM
Subject: RE: Activity in Case 1:14-cv-21192-JEM Agrelo et al v. The Meloni Law Firm et al Response/Reply (Other)
To: "eric.sprechman@csklegal.com" <eric.sprechman@csklegal.com>
Cc: "susan.hutchinson@csklegal.com" <susan.hutchinson@csklegal.com>

Mr. Sprechman- The rules require that these types of filings be signed by an attorney not just a law firm.  Please correct.

Thank you.

Very truly yours,

DPR
_____


**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com



One Datran Center  |  9100 South Dadeland Blvd. |  Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

-------------------------------------------------------------------------------------------------------------------------------------

**From:** cmecfautosender@flsd.uscourts.gov [mailto:cmecfautosender@flsd.uscourts.gov]
**Sent:** Tuesday, May 9, 2017 5:25 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:14-cv-21192-JEM Agrelo et al v. The Meloni Law Firm et al Response/Reply (Other)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered by Sprechman, Eric on 5/9/2017 at 5:25 PM EDT and filed on 5/9/2017

**Case Name:** Agrelo et al v. The Meloni Law Firm et al
**Case Number:** 1:14-cv-21192-JEM
**Filer:** Marbella Park Homeowners' Association, Inc.
**Document Number:** 210

### Docket Text:
**Defendant's RESPONSE to [208] Plaintiff's MOTION for Sanctions *- Rule 11 as to Defendant Marbella Park Homeowners Association Inc.* by Marbella Park Homeowners' Association, Inc.. (Attachments: # (1) Exhibit 1 Safe Harbor Correspondence)(Sprechman, Eric)**

**1:14-cv-21192-JEM Notice has been electronically mailed to:**

Craig S. Hudson     cshudson@mdwcg.com, jlharris@mdwcg.com

Dale Thomas Golden     dgolden@gsgfirm.com, cmchale@gsgfirm.com, jproulx@gsgfirm.com, lbrooks@gsgfirm.com

David P. Reiner , II    dpr@reinerslaw.com, dpreiner2@gmail.com, eservice@reinerslaw.com

Eric C. Sprechman     eric.sprechman@csklegal.com, susan.hutchinson@csklegal.com

Jean Anne Hanrahan     jaliebegott@mdwcg.com, ajmarchese@mdwcg.com, eerodriguez@mdwcg.com, mdlincoff@mdwcg.com

Joseph Charles Proulx     lbrooks@gsgfirm.com

Joseph Francisco Valdivia     joseph.valdivia@akerman.com, jane.ford@csklegal.com

Rachel Kate Beige     rachel.beige@csklegal.com, jane.ford@csklegal.com

Ryan Andrew Fogg     RFogg@Halberglaw.com

**1:14-cv-21192-JEM Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**3** | P a g e

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215  [Date=5/9/2017]  [FileNumber=16363803-0
] [20d674a72d813738cad6dee25c242af6b59948673024f4af95ee171bf81d1624dc5
e15542ee92691d696cfd4f90c09a2dac22382dbb8fe4a5c121c2cd8735da3]]
**Document description:** Exhibit 1 Safe Harbor Correspondence
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215  [Date=5/9/2017]  [FileNumber=16363803-1
] [8575e164fc23adf6fc04c07403d0101db8d4caab18db90d9d63365793f3c3829154
27e3ff7918b228b0848ea27c914f75a6ba0430bf7fd824ead718774cdf415]]