UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 14-CV-21192 - JEM/GOODMAN

**JORGE A. AGRELO and OLGA M. FERNANDEZ**, individuals;

      Plaintiffs,

vs.

**THE MELONI LAW FIRM**, et al;

      Defendants.

_____/

## NOTICE OF TAKING DEPOSITION[1]

**PLEASE TAKE NOTICE** that the undersigned attorneys have scheduled the following depositions:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Jami Bohannon | Wednesday, July 11, 2018 At 10:00 a.m. | Advantage Court Reporters 305 NE 1st Street Gainsville, FL 32601 |

upon oral examination before Advantage Court Reporters, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examinations will continue from day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

---

[1] Video. A copy of the Subpoena & Return and emails with Defendant's counsel are attached.

*AGRELO V MELONI, ET AL.; USDC, SO. DIST. OF FLA. NO. 14-21192-CIV-MARTINEZ/GOODMAN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 10, 2018, the foregoing document was served on all counsel of record via email.

**REINER & REINER, P.A.**
*Counsel for Plaintiffs*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

/S/ **DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; Fla. Bar No. 416400

*AGRELO V MELONI, ET AL; USDC, SO. DIST. OF FLA. NO. 14-21192-CIV-MARTINEZ/GOODMAN*

## SERVICE LIST
## CASE NO.: 14-CV-21192 - JEM/GOODMAN

DALE T. GOLDEN, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
dgolden@gsgfirm.com
lbrooks@gsgfirm.com

*W:\700\77500-Agrelo\77500 Notice of Taking Deposition Bohannon.wpd*

Sex F Race WHT Age 40
ht 5'4 wt 160
hair Brwn glasses No

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| JORGE AGRELO & OLGA FERNANDEZ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-21192-CIV-Martinez |
| THE MELONI LAW FIRM A/K/A/EDOARDO MELONI P.A., et al. | ) |
| *Defendant* | ) |

GHJ    GHJ
C.P.S. #91416-10
Date 7·3·18  Time 2:31
Served    Ind

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   JAMI BOHANNON

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: ADVANTAGE COURT REPORTERS   352.373.7778<br>305 NE 1ST STREET, GAINESVILLE, FL 32601 | Date and Time:<br>07/11/2018 10:00 am |
|---|---|

The deposition will be recorded by this method: __VIDEO DEPOSITION__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6/29/18

_____         _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*
CLERK OF COURT                   OR

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jorge Agrelo & Olga Fernandez, Plaintiffs, who issues or requests this subpoena, are:
David P Reiner; Reiner & Reiner PA, 9100 So Dadeland Blvd #901, Miami FL 33156 305-670-8282 dpr@reinerslaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

7/3/18                                    2144

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 14-21192-CIV-MARTINEZ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **Jami Bohannon**
on *(date)* **7/2/18**.

☒ I served the subpoena by delivering a copy to the named individual as follows: **Served: Jami Bohannon, 2956 NE 175 St. Rd. Citra, Fl. 32113**
 on *(date)* **7/3/18 @ 2:31 P**; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/5/18**

*Server's signature*

**Gregory H. Jones  #91416-10**
*Printed name and title*

**P.O. Box 703, Ocala Fl. 34478**
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
 (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

 (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  (i) fails to allow a reasonable time to comply;
  (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
  (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  (iv) subjects a person to undue burden.
 (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

  (i) disclosing a trade secret or other confidential research, development, or commercial information; or
  (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
 (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  (i) expressly make the claim; and
  (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**DPR**

---

| From: | DPR |
|---|---|
| Sent: | Friday, June 8, 2018 2:43 PM |
| To: | 'dgolden@gsgfirm.com'; 'cmchale@gsgfirm.com'; 'jproulx@gsgfirm.com'; 'lbrooks@gsgfirm.com' |
| Subject: | RE: Agrelo et al v. The Meloni Law Firm et al - Depositions |

Dale- We need to take the deposition of Alexis McDonald and Alexis McDonald and Jami Bohannon. Do either of them still work for your clients?

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** DPR
**Sent:** Friday, June 8, 2018 2:09 PM
**To:** 'dgolden@gsgfirm.com' <dgolden@gsgfirm.com>; 'cmchale@gsgfirm.com' <cmchale@gsgfirm.com>; 'jproulx@gsgfirm.com' <jproulx@gsgfirm.com>; 'lbrooks@gsgfirm.com' <lbrooks@gsgfirm.com>
**Subject:** RE: Agrelo et al v. The Meloni Law Firm et al - Additional DISCOVERY REQUESTS

Attached please find the following discovery requests:

Plaintiffs' Request for Production to Defendant Edoardo Meloni

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

dbr DAILY BUSINESS REVIEW



Martindale-Hubbell®
PEER REVIEWED

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Reiner & Reiner, P.A, which may be confidential or privileged under the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, State law or attorney-client or work-product privileges. If this communivcation contains settlement offers or communications, those communications and offers are subject to state and federal confidentiality privileges. If you are not the intended recipient and/or have received this communication in error, please notify the sender and immediately delete this e-mail. Be aware that any disclosure, copying, distribution or use of the contents of this communication by anyone other than the intended recipient is prohibited by law. Finally, for purposes of legal notice, legal requests or legal demands, this office is open from 8:00 AM to 5:00 PM Monday – Friday. Any notices, requests or demands outside of normal business hours shall be logged as receive the next business day.

**DPR**

| | |
|---|---|
| From: | DPR |
| Sent: | Thursday, June 21, 2018 12:23 PM |
| To: | 'dgolden@gsgfirm.com'; 'cmchale@gsgfirm.com'; 'jproulx@gsgfirm.com'; 'lbrooks@gsgfirm.com' |
| Subject: | RE: Agrelo et al v. The Meloni Law Firm et al - Depositions |
| Attachments: | 77500 Notice Withdrawal Certian Discovery - Interrogatories.pdf |

Dale- I am withdrawing a couple of the interrogatory requests to make it easier. Here is a formal notice for you records. Also I still have not heard back from you about the depositions of Alexis McDonald and Jami Bohannon. Do you know where either of them are?

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** DPR
**Sent:** Friday, June 15, 2018 3:01 PM
**To:** 'dgolden@gsgfirm.com' <dgolden@gsgfirm.com>; 'cmchale@gsgfirm.com' <cmchale@gsgfirm.com>; 'jproulx@gsgfirm.com' <jproulx@gsgfirm.com>; 'lbrooks@gsgfirm.com' <lbrooks@gsgfirm.com>
**Subject:** RE: Agrelo et al v. The Meloni Law Firm et al - Depositions

Dale- Just following up on this request from last week. We need to take the deposition of Alexis McDonald and Jami Bohannon. Do either of them still work for your clients?

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

## DPR

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of OJF SERVICES <octavio@ojfservices.com> |
| **Sent:** | Monday, July 9, 2018 4:39 PM |
| **To:** | DPR; DLE; PCM |
| **Subject:** | OJF Job Done - Served for (MCDONALD, ALEXIS) |

To: David P. Reiner
    REINER & REINER, P.A.

This is an automated message relating to:

  Our Job Number: 2018008730
  Your Reference Number:
  Party To Be Served: MCDONALD, ALEXIS
  Documents To Be Served: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH A WITNESS FEE CHECK OF $68.00
  Case Info: FLORIDA SOUTHERN 14-CV-21192-MARTINEZ/GOODMAN
  Court Date/Time: : Jul 11 2018 2:00PM
  Case Style: JORGE A. AGRELO AND OLGA M. FERNANDEZ vs. THE MELONI LAW FIRM A/K/A EDOARDO MELONI, P.A.; ET.AL.,

Service Information
Recipient was SERVED on Jul 7 2018 11:50AM
Type of Service: .SUBSTITUTE - RESIDENTIAL
Original Service Address: ALEXIS MCDONALD, 541 NE 2 AVE, APT. B, FT. LAUDERDALE, FL 33301

Service Details: SUBSTITUTE - RESIDENTIAL: served by delivering a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH A WITNESS FEE CHECK OF $68.00 with the date and hour of service endorsed thereon by me, to: ROBERT MCDONALD as HUSBAND/CO-RESIDENT at the address of 541 NE 2 AVE, APT. B, FT. LAUDERDALE, FL 33301,/ of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Comments for Affidavit:
WITNESS WAS HOME, BUT WAS UNABLE TO COME TO THE DOOR AND AUTHORIZED HER HUSBAND TO ACCEPT THE DOCUMENTS.

Attachments:
Link to Affidavit


Thank you,
OJF SERVICES
octavio@ojfservices.com
Phone: (954) 929-4215

More detailed status is available at www.ojfservices.com

**DPR**

| | |
|---|---|
| From: | Dale Golden <DGolden@gsgfirm.com> |
| Sent: | Monday, July 9, 2018 5:29 PM |
| To: | DPR |
| Cc: | Jeff Albinson |
| Subject: | Re: Agrelo v Meloni |

Mr. Reiner,

Again, your office has failed to provide timely notice. From a practical standpoint your decision to notice 2 separate depositions on the same day hundreds of miles apart was unrealistic and unfair. Please let me know how you intend to proceed.

DaleT. Golden
Golden Scaz Gagain, PLLC

---

**From:** DPR <dpr@reinerslaw.com>
**Sent:** Monday, July 9, 2018 5:03:24 PM
**To:** Dale Golden
**Cc:** Jeff Albinson
**Subject:** RE: Agrelo v Meloni

Dale- Good news. We finally got service on Alexis MacDonald. She is currently scheduled for video depositions Wednesday afternoon at my office but, again, we can reschedule. Please advise.

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**From:** DPR
**Sent:** Monday, July 9, 2018 8:40 AM
**To:** 'Dale Golden' <DGolden@gsgfirm.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>
**Subject:** RE: Agrelo v Meloni

Dale- as you know we have sought to take the depositions of Bohannon and McDonald since the courts trial order came out. I sent you several messages regarding their whereabouts since they are your clients former employees without response. I learned upon returning to the office today that Bohannon has been served with a subpoena for deposition.

The subpoena set the video deposition in Gainesville for July 11, 2018 at 10:00 am.  See attached.   Apparently McDonald is evading.

We are willing to reschedule your client Bohannon if necessary.  Please advise and we will notice accordingly.

Thank you.

Very truly yours,

DPR

_____



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** Dale Golden <DGolden@gsgfirm.com>
**Sent:** Monday, July 9, 2018 8:32 AM
**To:** DPR <dpr@reinerslaw.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>
**Subject:** Agrelo v Meloni

Mr. Reiner,

We have learned you subpoenaed Jami Bohannon for deposition on Wednesday, July 11, 2018. We have never received notice or a copy of the subpoena from your office. In order to preserve any objections our clients may have related to the deposition, we will be filing a motion for protective order with the Court. Please, advise me of your position relative to that motion.

Also, please let me know the manner by which the deposition will be taken. As we have never received a notice, we do not know if you plan on taking the deposition in person, by telephone, or by videoconference. My office will be representing Ms. Bohannon for purposes of her deposition, so we need to make arrangements for attendance.

Thank you.

Dale T. Golden, Esquire

ACA International
Judicial Advocacy Award Recipient

GOLDEN SCAZ GAGAIN
ATTORNEYS AT LAW
201 North Armenia Avenue

Tampa, Florida 33609
(813)251-3632
(813)251-3675 (f)
dgolden@gsgfirm.com

### LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C.A. §2510, and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages. Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

## DPR

| | |
|---|---|
| **From:** | DPR |
| **Sent:** | Monday, July 9, 2018 5:34 PM |
| **To:** | 'Dale Golden' |
| **Cc:** | Jeff Albinson |
| **Subject:** | RE: Agrelo v Meloni |

Thanks Dale- Let's reschedule one or both for a more convenient time. I assume your office will be representing both. Please give me some dates and times.

Thank you.

Very truly yours,

DPR

___



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156  Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** Dale Golden <DGolden@gsgfirm.com>
**Sent:** Monday, July 9, 2018 5:29 PM
**To:** DPR <dpr@reinerslaw.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>
**Subject:** Re: Agrelo v Meloni

Mr. Reiner,

Again, your office has failed to provide timely notice. From a practical standpoint your decision to notice 2 separate depositions on the same day hundreds of miles apart was unrealistic and unfair. Please let me know how you intend to proceed.

DaleT. Golden
Golden Scaz Gagain, PLLC

---

**From:** DPR <dpr@reinerslaw.com>
**Sent:** Monday, July 9, 2018 5:03:24 PM
**To:** Dale Golden
**Cc:** Jeff Albinson
**Subject:** RE: Agrelo v Meloni

Dale- Good news. We finally got service on Alexis MacDonald. She is currently scheduled for video depositions Wednesday afternoon at my office but, again, we can reschedule. Please advise.

Thank you.

**DPR**

---

**From:** DPR
**Sent:** Tuesday, July 10, 2018 8:20 AM
**To:** 'Dale Golden'
**Cc:** 'Jeff Albinson'; PCM
**Subject:** RE: Agrelo v Meloni

Good morning Dale- Please let me know as soon as possible how you wish to proceed. I'm in hearings all morning but we have court reporters and videographers to alert.

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** DPR
**Sent:** Monday, July 9, 2018 5:34 PM
**To:** 'Dale Golden' <DGolden@gsgfirm.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>
**Subject:** RE: Agrelo v Meloni

Thanks Dale- Let's reschedule one or both for a more convenient time. I assume your office will be representing both. Please give me some dates and times.

Thank you.

Very truly yours,

DPR

---



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

**From:** Dale Golden <DGolden@gsgfirm.com>
**Sent:** Monday, July 9, 2018 5:29 PM

**DPR**
_____

| | |
|---|---|
| From: | Dale Golden <DGolden@gsgfirm.com> |
| Sent: | Tuesday, July 10, 2018 10:41 AM |
| To: | DPR |
| Cc: | Jeff Albinson; PCM |
| Subject: | RE: Agrelo v Meloni |

Mr. Reiner:

I understand you have other obligations. So do I. We are working to determine if the depositions can or should move forward. As soon as circumstances permit we will get back with you.

## Dale T. Golden
Golden Scaz Gagain
(813) 251-3632

_____

**From:** DPR <dpr@reinerslaw.com>
**Sent:** Tuesday, July 10, 2018 8:20 AM
**To:** Dale Golden <DGolden@gsgfirm.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>; PCM <pcm@reinerslaw.com>
**Subject:** RE: Agrelo v Meloni

Good morning Dale- Please let me know as soon as possible how you wish to proceed. I'm in hearings all morning but we have court reporters and videographers to alert.

Thank you.

Very truly yours,

DPR

_____



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center | 9100 South Dadeland Blvd.| Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

_____

**From:** DPR
**Sent:** Monday, July 9, 2018 5:34 PM
**To:** 'Dale Golden' <DGolden@gsgfirm.com>
**Cc:** Jeff Albinson <JAlbinson@gsgfirm.com>
**Subject:** RE: Agrelo v Meloni

Thanks Dale- Let's reschedule one or both for a more convenient time. I assume your office will be representing both. Please give me some dates and times.

**DPR**

| | |
|---|---|
| From: | DPR |
| Sent: | Tuesday, July 10, 2018 12:05 PM |
| To: | Dale Golden (DGolden@gsgfirm.com); 'Jeff Albinson' |
| Subject: | RE: AGRELO v. The Meloni Law Firm / USDC, So. Dist. of Fla. Case No.14-21192-CIV-MARTINEZ |

Dale/Jeff-

We received a call from Alexis McDonald asking if the depo was still going to happen because she received a call from the Defendants Attorney telling her it was canceled.

Please explain???

Thank you.

Very truly yours,

DPR



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901
Miami | Florida 33156 Tel.: 305.670.8282  Fax: 305.670.8989

---

**From:** DPR
**Sent:** Tuesday, July 10, 2018 11:41 AM
**To:** 'Monica Pickron' <monica@advantagecourtreporters.com>; PCM <pcm@reinerslaw.com>
**Cc:** Dale Golden (DGolden@gsgfirm.com) <DGolden@gsgfirm.com>; 'Jeff Albinson' <JAlbinson@gsgfirm.com>
**Subject:** RE: AGRELO v. The Meloni Law Firm / USDC, So. Dist. of Fla. Case No.14-21192-CIV-MARTINEZ

Monica- for our part (Plaintiffs) we are prepared to go forward.  We are waiting for confirmation from Mr. Golden and Mr. Albinson who are cc'ed here.  Their office represents the Defendant and the deponent.

Thank you.

Very truly yours,

DPR



**David P. Reiner, II, Esq.**
Reiner & Reiner, P.A.
dpr@reinerslaw.com
www.reinerslaw.com

One Datran Center  |  9100 South Dadeland Blvd.|  Suite 901