UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 14-CV-21192 - JEM/GOODMAN

**JORGE A. AGRELO and OLGA M. FERNANDEZ**, individuals;

    Plaintiffs,

vs.

**THE MELONI LAW FIRM**, et al;

    Defendants.
_____/

## AMENDED RE-NOTICE OF TAKING VIDEO DEPOSITION
(Correcting clerical error)

**PLEASE TAKE NOTICE** that the undersigned attorneys have scheduled the following depositions:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Jami Bohannon | Friday, July 27, 2018 At 10:00 a.m. | Advantage Court Reporters<br>305 NE 1st Street<br>Gainesville, FL 32601 |

upon oral examination before Advantage Court Reporters, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examinations will continue from day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

*A̲G̲R̲E̲L̲O̲ ̲V̲ ̲M̲E̲L̲O̲N̲I̲,̲ ̲E̲T̲ ̲A̲L̲;̲ ̲U̲S̲D̲C̲,̲ ̲S̲O̲.̲ ̲D̲I̲S̲T̲.̲ ̲O̲F̲ ̲F̲L̲A̲.̲ ̲N̲O̲.̲ ̲14-21192-CIV-M̲A̲R̲T̲I̲N̲E̲Z̲/G̲O̲O̲D̲M̲A̲N̲*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on  July 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

 

**REINER & REINER, P.A.**
*Counsel for Plaintiffs*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com


       /S/  **DAVID P. REINER, II**
By:_____
   **DAVID P. REINER, II**; Fla. Bar No. 416400

*AGRELO V MELONI, ET AL; USDC, SO. DIST. OF FLA. NO. 14-21192-CIV-MARTINEZ/GOODMAN*

SERVICE LIST
CASE NO.: 14-CV-21192 - JEM/GOODMAN

DALE T. GOLDEN, ESQ.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
dgolden@gsgfirm.com
lbrooks@gsgfirm.com

*W:\700\77500-Agrelo\77500 Amended Notice of Taking Deposition Bohannon.wpd*

REINER & REINER, P.A.
9100 SO. DADELAND BLVD., SUITE 901, MIAMI, FLORIDA 33156-7815