UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 14-21192-CIV-MARTINEZ-GOODMAN**

JORGE A. AGRELO and
OLGA M. FERNANDEZ, individuals,
    Plaintiffs,

vs.

THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A., *et al.*,
    Defendants.
_____/

## ORDER GRANTING EMERGENCY MOTION
## TO EXTEND DISCOVERY DEADLINES

THIS CAUSE came before the Court upon Plaintiffs' Emergency Motion to Extend Discovery Deadlines [ECF No. 259].[1] After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiffs' Motion ECF. No. 259 is **GRANTED**. The Discovery deadline is extended until **September 1, 2018**.

The Court's Scheduling Order shall otherwise remain in full force and affect and, absent compelling circumstances, this schedule shall not be modified.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of July, 2018.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

---

[1] Plaintiffs' Motion is captioned as an "emergency," but this is in fact a misnomer. Plaintiffs failed to follow Local Rule 7.1, which requires emergency motions to "set forth in detail the necessity for such expedited procedure and be accompanied by the Certification of Emergency available on the Court's website." L.R. 7.1(d).