UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals;**

 Plaintiffs,

vs.            Case No.: 1:14-cv-21192

**THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A.; AFFINITY
MANAGEMENT SERVICES, LLC, a
limited liability corporation; MARBELLA
PARK HOMEOWNER'S ASSOCIATION,
INC., a Non-Profit Corporation;
EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,**

 Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL CERTIFICATE OF GOOD
FAITH AS TO DEFENDANTS' MOTION TO STRIKE (DE 256)**

COME NOW, Defendants THE MELONI LAW FIRM a/k/a EDOARDO MELONI, P.A. and EDOARDO MELONI, ESQ., (Collectively "MELONI"), by and through their undersigned counsel, and file this Certification of Good Faith as to Defendant's Motion to Strike (DE 256), and state:

1. Please take notice that Defendants hereby Supplement their previously filed Motion to Strike Plaintiff's Expert Witness (DE256) by affirmatively certifying compliance with their good faith conferral obligations under Local Rule 7.1(a)(3). **Plaintiffs' counsel has indicated Plaintiffs oppose the relief sought in the Motion.**

2. The movants hereby advise the Court the Motion to Strike was filed without the good faith certification due to a miscommunication in defense counsel's office.

3. As demonstrated in prior filings by Defendants in this matter, defense counsel understands its obligations under Local Rule 7.1(a)(3), and has consistently complied with those obligations in this case and other cases litigated in this District.

4. Counsel apologizes to the Court and opposing counsel for the oversight.

Respectfully submitted by:

 /s/ Joseph C. Proulx
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
jproulx@gsgfirm.com
dgolden@gsgfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph C. Proulx
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830