UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JORGE A. AGRELO and OLGA M.**
**FERNANDEZ, individuals;**

    Plaintiffs,

vs.    Case No.: 1:14-cv-21192

**THE MELONI LAW FIRM, a/k/a**
**EDOARDO MELONI, P.A.; AFFINITY**
**MANAGEMENT SERVICES, LLC, a**
**limited liability corporation; MARBELLA**
**PARK HOMEOWNER'S ASSOCIATION,**
**INC., a Non-Profit Corporation;**
**EDOARDO MELONI, ESQ., an individual;**
**and ALEXIS MCDONALD, an individual,**

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSE TO PLAINTIFFS' MOTION TO STRIKE (DE 269)**

COMES NOW, Defendants THE MELONI LAW FIRM a/k/a EDOARDO MELONI, P.A. and EDOARDO MELONI, ESQ., (Collectively "MELONI"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), and hereby files this, Defendants' Unopposed Motion for Extension of Time to File Response to "Plaintiffs' Motion to Strike Defendants' Improper Filings ECF Nos. 108-8, 256, 257 and 268 and for Sanctions" (DE 269), and states the following in support thereof:

1. This action involves claims against MELONI and others for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559, *et seq.* ("FCCPA"). *See,* DE 30, generally.

2. On August 15, 2018, Plaintiffs filed "Plaintiff's Motion to Strike Defendants' Improper Filings ECF Nos. 108-8, 256, 257 and 268 and for Sanctions" (DE 269) (hereafter "Motion to Strike").

3. MELONI's Response to Plaintiff's Motion to Strike is currently due on August 29, 2018.

4. Through the instant Motion, MELONI seeks a fourteen (14) day extension of time, up to an including September 12, 2018, within which to file MELONI's Response to Plaintiffs' Motion to Strike.

5. As grounds for the instant request, MELONI asserts that the additional time is necessary due to MELONI's counsel's scheduled travel outside of the country as well as to gather the information necessary to fully respond to Plaintiffs' Motion.

6. **Pursuant to Local Rule 7.1(a)(3)(A)**, the undersigned hereby certifies that he has conferred in good faith with counsel for Plaintiffs and that Plaintiffs' counsel *does not oppose* the relief sought herein.

7. For the convenience of the Court, a proposed Order Granting this instant Motion is attached hereto as "Exhibit A."

WHEREFORE, Defendants THE MELONI LAW FIRM a/k/a EDOARDO MELONI, P.A. and EDOARDO MELONI, ESQ. respectfully request an Order from this Honorable Court GRANTING Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Strike Defendants' Improper Filings ECF Nos. 108-8, 256, 257 and 268 and for Sanctions and permitting a Response to Plaintiffs' Motion to Strike on or before September 12, 2018.

   /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.

Florida Bar No.: 0094080
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
jproulx@gsgfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph C. Proulx
JOSEPH C. PROULX, ESQ.
Florida Bar No.: 0056830