UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JORGE A. AGRELO and OLGA M.
FERNANDEZ, individuals;
    Plaintiffs,

Case No.: 1:14-cv-21192

vs.

THE MELONI LAW FIRM, a/k/a
EDOARDO MELONI, P.A.; AFFINITY
MANAGEMENT SERVICES, LLC, a
limited liability corporation; MARBELLA
PARK HOMEOWNER'S ASSOCIATION,
INC., a Non-Profit Corporation;
EDOARDO MELONI, ESQ., an individual;
and ALEXIS MCDONALD, an individual,
    Defendants.
_____/

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL STIPULATION AND DEPOSITION DESIGNATIONS

COMES NOW, Defendants THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A., and EDOARDO MELONI, ESQ. (hereinafter "Defendants" or "Meloni"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(a), and hereby files this, Unopposed Motion for Extension of Time to File Joint Pretrial Stipulation and Deposition Designations pursuant to the Court's Order Revising Scheduling Order (DE 247), and states the following in support thereof:

1.    This action involves claims against Defendants for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559, et seq. ("FCCPA"). *See,* DE 30, generally.

2. On May 31, 2018, the Court entered an Order Revising Scheduling Order requiring the Parties to file a "Joint Pretrial Stipulation and deposition designations" by October 1, 2018. *See,* DE 247.

3. Through the instant Motion, Defendants seek a one (1) week extension of time to file the Joint Pretrial Stipulation and deposition designations until on or before October 8, 2018.

4. Good cause exists for the requested extension. Specifically, the extra time is necessary as Defendants' counsel has recently traveled out of the state and has also been preparing for a jury trial set for October 3, 2018 before the Honorable William P. Dimitrouleas in the United States District Court Southern District of Florida.

5. For the convenience of the Court, a proposed Order granting this instant Motion is attached hereto as "Exhibit A."

WHEREFORE, Defendants THE MELONI LAW FIRM, a/k/a EDOARDO MELONI, P.A., and EDOARDO MELONI, ESQ., respectfully requests an Order from this Honorable Court GRANTING the Unopposed Motion for Extension of Time to File Joint Pretrial Stipulation and Deposition Designations and permitting the Parties until on or before October 8, 2018 to do so.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel hereby certifies that he has conferred in good faith with counsel for Plaintiffs regarding the relief requested herein and that he has been informed that Plaintiffs *do not* oppose such relief.

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
Fla. Bar No.: 0094080
Joseph C. Proulx, Esq.
Fla. Bar 0056830
**GOLDEN SCAZ GAGAIN, PLLC**

>201 North Armenia Avenue
>Tampa, Florida 33609
>dgolden@gsgfirm.com
>jproulx@gsgfirm.com
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record this 1st day of October, 2018.

>/s/ Dale T. Golden
>Dale T. Golden, Esq.
>Fla. Bar No.: 0094080